[No. 13585–0–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
LEE NUGENT, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89–1–00398–1, Paula Casey, J., entered
January 3, 1990. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.